# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

NEW ENGLAND PHOENIX CO., INC.,
Plaintiff

v.

PETER D. SAHAGEN,
Defendant

C.A. No. 03-CV -107S

RECEIVED SEP 06 2005 COURT RHODE ISLAND

## FINAL JUDGMENT BY CONSENT

NOW COME the parties by and through their undersigned counsel and consent as follows:

1. Judgment is hereby immediately entered in favor of Plaintiff NEW ENGLAND PHOENIX CO., INC. and against Defendant PETER D. SAHAGEN in the amount of Two Hundred Fifty Thousand and 00/100 Dollars ($250,000.00).

2. Judgment shall enter as a final judgment on all issues and claims in this action.

3. The parties hereby waive any and all rights to appeal with respect to this Final Judgment.

ENTERED as a Judgment of this Court on this 9th day of May, 2005.

ENTER:

PER ORDER:

DATED: May 9, 2005

*Consented to*:

NEW ENGLAND PHOENIX CO., INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

[signature]

Michael A. Gamboli (#4684)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

PETER D. SAHAGEN

By His Attorney,

LAW OFFICES OF WILLIAM M. KOLB, LLC

[signature]

William M. Kolb (#3664)
One Ship Street
Providence, RI 02903
(401)490-8297
(401)490-8299 FAX

DATED: May 7, 2005

798333_1