**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| NEW ENGLAND PHOENIX CO., INC.,<br>Plaintiff,<br>v.<br>PETER D. SAHAGEN,<br>Defendant. | C.A. No. 03-107-S |

## SATISFACTION OF JUDGMENT

The parties hereto, by and through counsel, do hereby acknowledge that the judgment in this matter is hereby satisfied in full and that the Defendant Peter D. Sahagen is hereby released from any and all liability in this matter.

NEW ENGLAND PHOENIX CO, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Lisa M. Martinelli
Michael A. Gamboli (#4684)
Lisa M. Martinelli (#6350)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
mag@psh.com
lmm@psh.com

PETER D. SAHAGEN

By His Attorneys,

LAW OFFICES OF WILLIAM M. KOLB, LLC

/s/ William M. Kolb
William M. Kolb (#3664)
One Ship Street
Providence, RI 02903
(401) 490-8297
(401) 490-8299 FAX
bill@kolblaw.com

906681_1/3557-2